Case No. 12-13467-EE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

AKANTHOS CAPITAL MANAGEMENT, LLC, et al.,

Appellees-Plaintiffs,

v.

COMPUCREDIT HOLDINGS CORPORATION, et al.,

Appellants-Defendants.

_____

On Appeal from the United States District Court
for the Northern District of Georgia

**APPELLANT'S *AMENDED* MOTION TO CONSOLIDATE APPEALS**

Christopher W. Madel
Randall Tietjen
E. Casey Beckett
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500

**Attorneys for Appellant-Plaintiff**

## CERTIFICATION

I certify under 11th Cir. R. 26.1 that the Certificate of Interested Persons and Corporate Disclosure Statement contained in Defendant-Appellant CompuCredit Holding Corporation's Motion to Consolidate Appeals, filed July 3, 2012, is complete.

<u>s/Christopher W. Madel</u><br>
Christopher W. Madel

Defendant-Appellant CompuCredit Holdings Corporation ("CompuCredit") respectfully requests that this Court consolidate this appeal with *CompuCredit Holdings Corporation v. Akanthos Capital Management, LLC*, Case No. 11-13254-BB (11th Cir.) (the "Antitrust En Banc Appeal"). The sole issue in this appeal is identical to the issue already before the en banc Court in the Antitrust En Banc Appeal: Has CompuCredit stated a claim against the Hedge Funds for violating Section 1 of the Sherman Act? Because the en banc Court's resolution of the Antitrust En Banc Appeal will dictate the outcome of this appeal, the interests of the parties and judicial economy are best served by consolidating the two cases.

## BACKGROUND

On December 21, 2009, the Plaintiffs/Appellees, a group of hedge funds (the "Hedge Funds"), brought this action under the Uniform Fraudulent Transfer Act ("UFTA") in the United States District Court for the District of Minnesota. On April 8, 2010, CompuCredit filed a separate suit under the Sherman Act against the Hedge Funds. Both cases were transferred to the United States District Court for the Northern District of

1

Georgia.  In the antitrust case, the district court granted the Hedge Funds' motion for judgment on the pleadings and dismissed the case. CompuCredit appealed that dismissal to this Court.  While a panel of this Court initially affirmed, *see CompuCredit Holdings Corp. v. Akanthos Capital Mgmt., LLC*, 661 F.3d 1312 (11th Cir. 2011), on April 16, 2012, this Court vacated the panel's decision and voted to rehear that appeal en banc. Order, *CompuCredit Holdings Corp. v. Akanthos Capital Mgmt., LLC*, No. 11-13254-BB (11th Cir. Apr. 16, 2012).  This Antitrust En Banc Appeal is currently pending before this Court.

In this UFTA case, the district court denied Defendants' motion to dismiss, and CompuCredit answered.  In its answer, CompuCredit included a reservation of rights stating that:

> CompuCredit has claims and set-offs based on the facts alleged in its Complaint against Plaintiffs in the civil action captioned *CompuCredit Holdings Corporation v. Akanthos Capital Management, et al*, 1:11-cv-00117-TCB [the antitrust case]. In the interests of judicial efficiency, CompuCredit does not restate those allegations here, but instead incorporates by reference those allegations and reserves all claims and defenses that would be available if those allegations were restated here.

CompuCredit's Answer at 18, attached hereto as Exhibit A.  CompuCredit also specifically asserted a set-off defense based on the antirust claim:

2

> CompuCredit has claims and set-offs based on the facts alleged in its Complaint against Plaintiffs in the civil action captioned *CompuCredit Holdings Corporation v. Akanthos Capital Management,* et al, 1:11-cv-00117-TCB. CompuCredit incorporates by reference those allegations and, in the interest of judicial efficiency, reserves all claims and defenses that would be available if those facts were alleged here.

*Id.* at 19.

The Hedge Funds moved to dismiss CompuCredit's reservation or rights and set-off defense. On November 8, 2011, the district court granted their motion, construing CompuCredit's reservation of rights and defense as a counterclaim, and dismissing it pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Order, Nov. 8, 2011, at 5, attached hereto as Exhibit B. Indeed, the district court expressly based its dismissal on its previous ruling from the antitrust case that is now before the en banc Court. *Id.* ("For the reasons set forth in the Court's order dismissing the antitrust lawsuit, those claims fail to state a claim upon which relief can be granted. Therefore, they will be dismissed under Rule 12(b)(6).").

After a successful interlocutory appeal of the district court's denial of CompuCredit's motion to dismiss this UFTA case, *see Akanthos Capital Mgmt., LLC v. CompuCredit Holdings Corp.*, 677 F.3d 1286 (11th Cir. 2012),

the district court entered judgment on the entire UFTA case, including the district court's dismissal of CompuCredit's antitrust claims. In an abundance of caution, CompuCredit timely appealed the district court's final judgment.

On August 30, 2012, this Court's personnel asked CompuCredit's counsel to file this amended motion to seek the consolidation of the Antitrust En Banc Appeal (Case No. 11-13254-BB) with this case, and not seek to stay the appeal of this case (Case. No. 12-13467-EE). Accordingly, CompuCredit respectfully filed the instant motion.

## ARGUMENT

The only issue in this appeal is whether the district court erred in dismissing what it construed as an antitrust counterclaim by CompuCredit. Because that identical issue is before the en banc Court in the Antitrust En Banc Appeal, the two appeals should be consolidated. *See* Letter to Counsel from John Ley, Clerk of the Court, May 1, 2012, attached hereto as Exhibit C (directing the parties to brief the following issue before the en banc Court: "Does CompuCredit's complaint allege a violation of 15 U.S.C. § 1?").

## **CONCLUSION**

The issue in this appeal is identical to the issue before the en banc Court in the Antitrust En Banc Appeal. Accordingly, CompuCredit respectfully requests that this Court consolidate this appeal with the case now awaiting a decision from the en banc Court.

August 31, 2012                    Respectfully submitted,


                                   *s/Christopher W. Madel*
                                   Christopher W. Madel

                                   Christopher W. Madel
                                   Randall Tietjen
                                   E. Casey Beckett
                                   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                   2800 LaSalle Plaza
                                   800 LaSalle Avenue
                                   Minneapolis, MN 55402
                                   612-349-8500

                                   **Attorneys for Defendant-Appellant CompuCredit Holdings Corporation**

# CERTIFICATE OF SERVICE

I certify that I have served a copy of **APPELLANT'S *AMENDED* MOTION TO CONSOLIDATE APPEALS** through the court's electronic mailing system on the following counsel of record:

Karen B. Bragman / Karen.bragman@agg.com

James Timothy Mast / tim.mast@troutmansanders.com

I further certify that I have served a copy of **APPELLANT'S *AMENDED* MOTION TO CONSOLIDATE APPEALS** by United States mail on the following counsel of record:

Jeff I. Ross
John Orenstein
Harry N. Niska
ROSS & ORENSTEIN, LLC
222 S Ninth St Ste 470
Minneapolis, MN 55402
612-436-9802

Heather Smith Michael
Kevin B. Getzendanner
ARNALL GOLDEN & GREGORY, LLP
171 17th St NW Ste 2100
Atlanta, GA 30363
404-873-8500

J. David Dantzler, Jr.
Thomas B. Bosch
TROUTMAN SANDERS LLP
600 Peachtree St NE Ste 5200
Atlanta, GA 30308
404-885-3000

Michael J. King
Janna S. Nugent
Yoon Ettinger
GREENBERG TRAURIG, LLP
3290 Northside Pkwy NW Ste 400
Atlanta, GA 30327
678-553-2100

Jeffrey O. Bramlett
John H. Rains IV
Naveen Ramachandrappa
BONDURANT, MIXSON & ELMORE, LLP
1201 W Peachtree St NW Ste 3900
Atlanta, GA 30309
404-881-4100

Dwight J. Davis
Jonathan W. Jordan
Michael R. Smith
KING & SPALDING, LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
404-572-4600

Michael F. Cockson
Bernard E. Nodzon
James L. Volling
FAEGRE BAKER DANIELS, LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3924
612-766-7000

I further certify that an original and three (3) copies of the *amended* motion were filed on this day via Federal Express to John Ley, Clerk, U.S. Court of Appeals for the 11th Circuit, 56 Forsyth St. N.W., Atlanta, Georgia 30303.

This certification is made on August 31, 2012.

s/Christopher W. Madel
Christopher W. Madel

83337399.1